# EXHIBIT A

## CARMELLA RIVERS

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Priority Records LLC | Ice Cube | You Can Do It | War & Peace: Vol. 2 | 287-151 |
| UMG Recordings, Inc. | Ludacris | Go To Sleep | Word of Mouf | 304-605 |
| SONY BMG MUSIC ENTERTAINMENT | The Offspring | Americana | Americana | 264-015 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | Shoot 'em Up | Nastradamus | 276-132 |
| Arista Records LLC | Usher | U Got It Bad | 8701 | 307-207 |
| Interscope Records | Eminem | 97' Bonnie & Clyde | The Slim Shady LP | 262-686 |
| SONY BMG MUSIC ENTERTAINMENT | Savage Garden | I Knew I Loved You | Affirmation | 276-120 |
| Arista Records LLC | Clipse | Grindin' | Lord Willin' | 321-673 |
| UMG Recordings, Inc. | Nelly | Thicky Thick Girl | Country Grammar | 281-782 |