UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; and PRIORITY RECORDS LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>CARMELLA RIVERS,<br><br>Defendant. | Case No.: CA 06-119S S |

**REQUEST TO ENTER DEFAULT;**

**DECLARATION OF JAMES E. O'NEIL IN SUPPORT THEREOF**

TO: THE CLERK OF THE ABOVE-ENTITLED COURT

Plaintiffs hereby request that the Clerk enter default in this matter against Defendant on the ground that Defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure. Declaration of James E. O'Neil ¶ 6.

Plaintiffs served the Summons and Complaint on Defendant on March 20, 2006, by personal service, as evidenced by the proof of service on file with this Court. Id. ¶ 2. Neither Plaintiffs nor the Court have granted Defendant any extensions of time to respond to the

Complaint. Id. ¶ 4. Plaintiffs are informed and believe that Defendant is not an infant or incompetent person or in the military service. Id. ¶¶ 6-7.

By: ______________________

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for UMG RECORDINGS, INC.; INTERSCOPE RECORDS; SONY BMG MUSIC ENTERTAINMENT; ARISTA RECORDS LLC; and PRIORITY RECORDS LLC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 27th day of July , 2006 I mailed a true and accurate copy of the within Request to Enter Default first class, postage prepaid and via certified mail to Ms. Carmella Rivers, 4 School St., Apt. 2, Johnston, RI 02919-6714.

______________________
James E. O'Neil, Esq.