# United States District Court

## DISTRICT OF RHODE ISLAND

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

CA 06 119 S

MG RECORDINGS, INC., a Delaware corporation; ITERSCOPE RECORDS, a California general ırtnership; SONY BMG MUSIC NTERTAINMENT, a Delaware general ırtnership; ARISTA RECORDS LLC, a Delaware nited liability company; and PRIORITY ECORDS LLC, a California limited liability mpany,

v.

ARMELLA RIVERS

O:
ARMELLA RIVERS
School St. Apt. 2
hnston, RI 02919-6714

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFFS' ATTORNEY

James E. O'Neil
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852

Phone (401) 667-7111
Fax (401) 667-7112

answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. u must also file your answer with the Clerk of this Court within a reasonable period of time after service.

ERK

3-17-06
DATE

) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 3-20-06 |
| NAME OF SERVER Alfred J Harris | TITLE Alfred J. Harris Authorized Federal Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served 4 School St Johnston R.I. Apt 2

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ________

☐ Returned unexecuted ________

☐ Other (specify) ________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 10.00 | 40.00 | 50.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3-20-06
Date

[signature]
*Signature of Server*

ALFRED J. HARRIS
~~CONVERSE~~
P.O. BOX 1101
PAWTUCKET RI 02862
*Address of Server*

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.