UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; and PRIORITY RECORDS LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>CARMELLA RIVERS,<br><br>Defendant. | Case No.: CA 06-1195<br><br>Hon. William E. Smith |

**[PROPOSED] DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

Based upon Plaintiffs' Application For Default Judgment By The Court, and good cause appearing therefor, it is hereby Ordered and Adjudged that:

1. Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Six Thousand Seven Hundred Fifty Dollars ($6,750.00).

Case 1:06-cv-00119-S-DLM Document 8-2 Filed 01/12/2007 Page 2 of 3

2. Defendant shall pay Plaintiffs' costs of suit herein in the amount of Three Hundred Dollars ($300.00).

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "You Can Do It," on album "War & Peace: Vol. 2," by artist "Ice Cube" (SR# 287-151);
- "Go To Sleep," on album "Word of Mouf," by artist "Ludacris" (SR# 304-605);
- "Americana," on album "Americana," by artist "The Offspring" (SR# 264-015);
- "Shoot 'em Up," on album "Nastradamus," by artist "Nas" (SR# 276-132);
- "U Got It Bad," on album "8701," by artist "Usher" (SR# 307-207);
- "97' Bonnie & Clyde," on album "The Slim Shady LP," by artist "Eminem" (SR# 262-686);
- "I Knew I Loved You," on album "Affirmation," by artist "Savage Garden" (SR# 276-120);
- "Grindin'," on album "Lord Willin'," by artist "Clipse" (SR# 321-673);
- "Thicky Thick Girl," on album "Country Grammar," by artist "Nelly" (SR# 281-782);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media

distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

DATED: 1/30/07

By: [signature]
Hon. William E. Smith
United States District Judge